IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE L. HOWARD,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 06-0693-CG-B |
| **BALDWIN COUNTY CORRECTION CENTER,** | : |
| | : |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 8th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE