**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JIMMIE L. HOWARD,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 06-0693-CG-B** |
| **BALDWIN COUNTY CORRECTION CENTER,** | : | |
| | : | |
| **Defendant.** | | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 8th day of May, 2007.

_____
/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE